**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

August 25, 2022

Peter J. Walsh, Jr., Esquire
Kevin R. Shannon, Esquire
Christopher N. Kelly, Esquire
Mathew A. Golden, Esquire
Callan R. Jackson, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Edward B. Micheletti, Esquire
Lauren N. Rosenello, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, 7th Floor
P.O. Box 636
Wilmington, DE 19899-0636

Brad D. Sorrels, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801

Re: *Twitter, Inc. v. Elon R. Musk et al.*,
C.A. No. 2022-0613-KSJM

Dear Counsel:

This letter resolves issues raised in the August 19, 2022 letter to the court from

Defendants Elon R. Musk, X Holdings I, Inc., and X Holdings II, Inc. ("Defendants"),

which this decision refers to as Defendants' "Third Discovery Motion." The motion seeks

to compel Plaintiff Twitter, Inc. ("Plaintiff") to collect and review documents from a more

extensive date range.[1]

---

[1] C.A. No. 2022-0613-KSJM, Docket ("Dkt.") 189 (Defs.' Third Disc. Mot.); *see also* Dkt.
232 (Pl.'s Opp'n to Defs.' Third Disc. Mot.).

I have carefully reviewed Defendants' Third Discovery Motion and Plaintiff's response. Given the timing of Defendants' demand that Plaintiff expand its date range, the additional burden it would place on Plaintiff, the large volume of documents produced by Plaintiff to date, and the outcome of Defendants' Second Discovery Motion, the Third Discovery Motion is denied.

IT IS SO ORDERED.

Sincerely,

*/s/ Kathaleen St. Jude McCormick*

Kathaleen St. Jude McCormick
Chancellor

cc:     All counsel of record (by *File & ServeXpress*)